UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW MORRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, et al.,<br><br>    Defendants. | Case No. 23-cv-04562-HSG<br><br>**ORDER GRANTING CSU DEFENDANTS' ADMINISTRATIVE MOTION**<br><br>Re: Dkt. No. 10 |

The Court has considered CSU Defendants' administrative motion requesting that the Court permit them, given the case's recent removal to federal court, to refile their pending state court demurrer as a Fed. R. Civ. P. 12(b) motion to dismiss Plaintiff Matthew Morris' First Amended Complaint.

The Court **GRANTS** CSU Defendants' motion (Dkt. No. 10), and **DIRECTS** the parties to adhere to the following amended briefing schedule:

1. *Deadline for Fed. R. Civ. P. 12(b) motion to be filed*: October 13, 2023

2. *Deadline for opposition to be filed*: October 27, 2023

3. *Deadline for reply to be filed*: November 3, 2023

4. *Hearing date*: December 14, 2023 at 2 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California

**IT IS SO ORDERED.**

Dated:   9/25/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge