UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW MORRIS,<br><br>    Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, et al.,<br><br>    Defendants. | Case No. 23-cv-04562-HSG<br><br>**ORDER FOR PLAINTIFF TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 17, 21 |

The Court **DIRECTS** Plaintiff to show cause why Defendants' motions to dismiss, Dkt. Nos. 17 and 21, should not be granted or, in the alternative, why the case should not be dismissed for failure to prosecute, given that Plaintiff has not filed either responses to the motions or statements of non-opposition as required by Civil L.R. 7-3(b) by the relevant deadlines. Plaintiff's deadline to respond to the Federal Defendants' Motion to Dismiss, Dkt. No. 17, was October 6, 2023, and his deadline to respond to the State Defendants' Motion to Dismiss, Dkt. No. 21, was October 27, 2023 – but to date, Plaintiff has not filed a response to either. Accordingly, Plaintiff shall file a statement of two pages or less by November 21, 2023 showing cause why the Court should not grant Defendants' motions to dismiss or, alternatively, dismiss the case in light of his failure to prosecute this action. Plaintiff is advised that a failure to file the requested statement will result in the case's dismissal.

//
//
//
//

The Court additionally advises Plaintiff, who is representing himself, that he can seek assistance at the Legal Help Center, which provides free information and limited-scope legal assistance to pro se litigants.  More information about the Legal Help Center is provided at http://www.cand.uscourts.gov/legal-help.  Telephone appointments may be scheduled either over the phone at (415) 782-8982 or by email at federalprobonoproject@sfbar.org.

**IT IS SO ORDERED.**

Dated:   10/31/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge