United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW MORRIS,

Plaintiff,

v.

BOARD OF TRUSTEES OF THE
CALIFORNIA STATE UNIVERSITY, et
al.,

Defendants.

Case No. 23-cv-04562-HSG

**ORDER REGARDING CSU
DEFENDANTS' ADMINISTRATIVE
MOTION**

Re: Dkt. No. 24

In light of the State and Federal Defendants' pending motions to dismiss, Dkt. Nos. 6-9 &

21, and the Court's Order for Plaintiff to Show Cause, Dkt. No. 23, the Court **VACATES** the

Initial Case Management Conference previously scheduled for December 5, 2023, as well as

related deadlines.  The Court will reset the case management conference if needed.  This order

terminates Dkt. No. 24.

**IT IS SO ORDERED.**

Dated:  11/14/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge