UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW MORRIS,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, et al.,<br><br>Defendants. | Case No. 23-cv-04562-HSG<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 46 |

Given that it declines to exercise supplemental jurisdiction over Plaintiff's state claims, the Court **ORDERS** Defendants to show cause why the case should not be remanded in light of Plaintiff's Amended Complaint, which proceeds only against non-federal defendants and asserts only state law causes of action.[1]  See Dkt. No. 46.  Defendants must file their response (no more than five pages in length) by May 23, 2024.  Defendants' deadline to answer or oppose Plaintiff's Amended Complaint is **STAYED** until further notice.

**IT IS SO ORDERED.**

Dated:  May 9, 2024

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] While the Amended Complaint's Eighteenth Cause of Action, for "improper disclosure of health/medical information," references "Civ. Code § 56.20, HIPAA," the Court does not construe the reference to "HIPAA" as an assertion of a federal law violation, as it previously dismissed any federal HIPAA claim with prejudice.  It instead understands Plaintiff to sue under California state provisions that, like HIPAA, limit disclosure of patients' health information.